UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 24 2026 ★
LONG ISLAND OFFICE

JOSEPH SHEROD CANNON et al
Plaintiff(s),

- against -

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983
JURY DEMAND
YES ✓ NO ___

UNITED STATES OF AMERICA,
CITY OF NEW YORK,
NEW YORK CITY DEPARTMENT OF CORRECTIONS,
NEW YORK STATE,
NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION,
NEW YORK COUNTY SUPREME COURT,
BRONX COUNTY SUPREME COURT,
NEW YORK POST,
DAILY NEWS,
ABC 7 EYEWITNESS NEWS,
NASSAU COUNTY CORRECTIONAL CENTER,
NASSAU COUNTY SHERIFFS OFFICE,
DETECTIVE MATTHEW GAMES,
NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES,
NASSAU COMMUNITY COLLEGE,
FEDERAL COMMUNICATIONS COMMISSION,
CHARLES EVANS CENTER AKA CEC HEALTH CARE,
NICOLE NUNZIATA, LMHC, ILPC,
CENTRAL NASSAU GUIDANCE,
UKUKU DIKE,

RECEIVED
JUN 24 2026
EDNY PRO SE OFFICE

ST. LUCYS SHELTER/CATHOLIC CHARITIES,
QUEENS COUNTY FAMILY COURT,
ANDREW CUOMO,
LOWELL DISTRICT COURT,
LAWRENCE DISTRICT COURT,
BILLERICA HOUSE OF CORRECTION,
MIDDLESEX COUNTY JAIL,
BRIDGEWATER STATE HOSPITAL,
MIDDLESEX COMMUNITY COLLEGE,
STATE OF MASSACHUSETTS,
STATE OF NEW HAMPSHIRE,
SALEM POLICE DEPARTMENT,
CITY OF BAYONNE DMV,
PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
UNITED STATES PATENT AND TRADEMARK OFFICE,
SOCIAL SECURITY ADMINISTRATION,
JDC NASSAU COUNTY,
LINCOLN HALL,
TRYON RESIDENTIAL CENTER,
JOB CORPS, HARTFORT, CT,
INSTAWORK,
HORIZON HEARTS, INC,
MS. GLEN,
NEW YORK STATE OFFICE OF MENTAL HEALTH,
NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES,
SUPREME COURT NASSAU COUNTY,
NASSAU COUNTY DISTRICT COURT,
NASSAU COUNTY DISTRICT ATTORNEYS OFFICE

AFREEN SHEIKH OR AFREEN SYD
Defendant(s)

1. Parties

A. Name of plaintiff: JOSEPH SHEROD CANNON JR
Address:
Nassau County Correctional Center
100 Carman Avenue
East Meadow, NY 11554

Prisoner ID Number(s): NCC# 2026000490
ICN# 2024080048 NYSID# 09016103L
DIN #18A0613

B. Defendant Information

UNITED STATES OF AMERICA
CITY OF NEW YORK
NEW YORK CITY DEPARTMENT OF CORRECTIONS
NEW YORK STATE
NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
NEW YORK COUNTY SUPREME COURT,
BRONX COUNTY SUPREME COURT
NEW YORK POST,
DAILY NEWS,
ABC7 EYEWITNESS NEWS,
NASSAU COUNTY CORRECTIONAL CENTER

NASSAU COUNTY SHERIFFS OFFICE,
DETECTIVE MATTHEW GAMES,
NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES,
NASSAU COMMUNITY COLLEGE,
FEDERAL COMMUNICATIONS COMMISSION,
CHARLES EVANS CENTER AKA CEC HEALTH CARE,
NICOLE NUNZIATA, LMHC, ILPC,
CENTRAL NASSAU GUIDANCE,
UKUKU DIKE,
ST. LUCY'S SHELTER/ CATHOLIC CHARITIES,
QUEENS COUNTY FAMILY COURT,
ANDREW CUOMO,
LOWELL DISTRICT COURT,
LAWRENCE DISTRICT COURT,
BILLERICA HOUSE OF CORRECTION,
MIDDLESEX COUNTY JAIL, CAMBRIDGE, MA,
BRIDGEWATER STATE HOSPITAL
MIDDLESEX COMMUNITY COLLEGE, LOWELL, MA
STATE OF MASSACHUSETTS,
STATE OF NEW HAMPSHIRE,
SALEM, NH, POLICE DEPARTMENT,
CITY OF BAYONNE, NJ DMV,
PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
UNITED STATES PATENT AND TRADEMARK OFFICE,
SOCIAL SECURITY ADMINISTRATION
JDC NASSAU COUNTY
LINCOLN HALL
TRYON RESIDENTIAL CENTER

JOB CORPS HARTFORT, CT,
INSTAWORK
HORIZON HEARTS, INC
MS. GLEN
NEW YORK STATE OFFICE OF MENTAL HEALTH
NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES,
SUPREME COURT NASSAU COUNTY
NASSAU COUNTY DISTRICT COURT
NASSAU COUNTY DISTRICT ATTORNEYS OFFICE,
AFREEN SHEIKH OR AFREEN SYD

I. BASIS FOR JURISDICTION
* Federal Question.

Does the Bill of Rights represent a basic definition of a person's civil liberties - those rights of the people that the government cannot take away such as the following:

- Congress shall make no law "abridging freedom of religion, speech, press, assembly, petition.
- "The right of people to Keep or bear arms shall not be infringed!"
- "The right of the people... shall not be violated" reguarding unreasonable searches and seizures.
- "No person shall be held" to be a witness against himself, in double jeopardy, or "deprived of life, liberty or property without due process of law."
- Excessive bail shall not be required, nor excessive fines

imposed, nor cruel and unusual punishments inflicted."?

II. STATEMENT OF CLAIM

There have been multiple attempts on my life. My rights protected by the U.S. Constitution and NYS Constitutions have been violated and denied for the past 20 years. I am now 35 years of age and have been subjected to false imprisonment, defamation, slander and embarrsment in the media, I have been discriminated against and denied equal protection and due process to individuals with disabilities under the 14th Amendment in violation of the Americans With Disabilities Act. I have also been discriminated against because of my religion in violation of my 1st amendment rights. I have been subjected to unreasonable searches and seizures, double jeopardy, excessive bail and fines, deprived of life, liberty and property, and subjected to assaults, mail tampering, obstruction of litigation in Family Court, USDC SDNY, USDC EDNY, job loss, homlessness, theft of US Passport, NYS Driver License, Library of Congress identification card, and cruel and unusual punishments by all defendants listed above. I filed campaign finance forms in 2017 with NYC Board of Elections.

Facts: On 3/16/2012, I was arrested at the Salem Mall in New Hampshire by an officer who stated that he was arresting me because I am black. In the years 2011-2014 I was falsely arrested multiple times in the State of Massachusetts and committed to Bridgewater State Hospital where I was overmedicated and slandered in reports written by staff. In 2015 I was falsely arrested by the Port Authority of NY and NJ and slandered in the Newspapers and channel 7 ABC Eyewitness News. On March 11th 2023, I was transfered from Green Haven Correctional Facility to West Facility on Rikers Island and placed on a suicide watch until April 11th, 2023 and I never stated that I was suicidal. I was then transfered to East Elmhurst Hospital and released by the doctor that night. I started recieving racist threatening text messages to my cell phone saying "I'm going to kill you nigger", "leave the state nigger", and threats to my family members and photos of a black man dismembered. I made a police report with Hempstead PD and forwarded the photos to NYS DOCCS parole and Central Nassau Guidance. There were multiple calls to the police stating that I was making threats by Nicole Nunziata, Afreen Sheik and staff of the St. Lucys Shelter in Jersey City, NJ. I was falsely arrested in August 2024 by Detective Matthew GAMES and not allowed to file a police report about stolen items. In November 2016 I filled out a marriage application to marry Robyn Rihanna Fenty in the City of New York

as I was advised by the social worker Ms. Kim from the Otis Bantum Correctional Center and three female officers, Alphonso, Edwards and Steele from NYCDOC. I also recieved a letter from Nike in 2020.

II. A Injuries:

Emotional distress, loss of wages, school loan debt, rental car debt, back pain, partial lung collapse due to excessive vaping and smoking out of stress and duress. I take prozac for depression, had to be rushed to the Emergency Room in Augusta, GA for my left lung, treatments for back pain, I recieved stitches to my head from being assaulted multiple times by NYCDOC staff. Rental arrears for my apartment. I could not get a job due to charges on criminal record. There has been obstruction to my litigation in the Family court of Queens County as well as in the Federal Courts. During the false imprisonment period stemming from GAMES and NYS DOCCS parole, I missed the entire semester at Nassau Community College and was charged $8000 in student loans and no longer allowed to work on the radio station at NCC as a host. I filed trademark applications and paid the filing fee in full with the USPTO for Joseph Cannon, Inc serial # 98255962 and Space Gear Royal serial # 98255964 as well as a utility patent for Space Gear Royal sneakers.

III. Relief:

$1 Trillion punitive damages
$1 Trillion nominal damages
$1 Trillion compensatory damages
$1 Trillion liquidated damages
$1 Trillion special damages
$1 Trillion consequential damages
$1 Trillion incidental damages

I declare under penalty of perjury that on June 20th, 2026 I delivered this complaint to prison authorities at Nassau County Correctional Center to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/20/2026

JOSEPH SHEROD CANNON
NASSAU COUNTY CORRECTIONAL CENTER
100 CARMAN AVENUE
EAST MEADOW, NY 11554
NCC# 2026000490
ICN# 2024080048
NYSID# 09016103L

# Joe Wonder7 on Apple Music, Spotify, and YouTube

Albums:

| LOVE | REVE | QUIET STORM | GERMAN CHOCOLATE CAKE |
|---|---|---|---|
| Eternity Angels NYC | Trillionare | Born in Fire | Walk Away |
| Heros Calling For You | Holy Quran | Hawk | Resurgence |
| Wat It Feel Like | 311 | Ski | Disturbed |
| Victorious Win | Warrior | Fav Model | Blackout |
| Krown Baby | Nebula | GOD | Fantasv |
| Love | Pimpin | Glitchen Out | Goliath |
| Cruel Summer Glory | In The Bentley | Courtside | Numb |
| | PTSD | Jupiter | Eternal |
| | Angel | Presidential | Judgement Day |
| | Revolutionary | Cold Days | Extraterrestrial |
| | Come Ride With Me | Snow Bunny | Diva |
| | In the Building | Copy Cat | Watchers |
| | Diamonds | | Warcry |
| | | | Optical |

MONEY IS THE DELAY

Rush

Twilight

Postman

Suffocate

OTHER SONGS AND SINGLES

Savage Life, I Got The Medicine, Success, Paralyzed Wave, Fade, On Another Note, Your Mirror, Fire N Brimstone, Give me The Loot, Flex Up, Stupid Bitch, Timeless, Waters of Eden, Impossible, When I'm Kissing You, The Moon, Shake It, 7th Storm, Better Make a Fortune, Getting Money, Queen Rhada, All For You, Be Thou Removed, Money Cometh, Beautiful, Lovin My Drip, How the Game Goes, Keep it 100, Listen To Your Heart, No Condom, Superman, Clear Glass, Like a Virgin, Blue Toenails, Daddy Loves Ya, So Hard, Pole Dancer, 10 Toes, Supermodel, Touched By an Angel, Decisions, Babylon, Appreciation, Vegas, Dance 4 Me, 2 Heartbeats, Autopilot, The Real You, Stand Strong, Mustve Thought

Instagram: @josephcannoninc

Tik Tok: Joewonder777

X: @inc_cannon

Email: josephcannoninc@gmail.com

Only Fans: Joe Wonder7

YouTube: @Cypher7Vision